UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIELLE BLANCO, individually
and NOAH BLANCO, individually
and as husband and wife,

        Plaintiffs,

vs.                                          CASE NO.:

TARGET CORPORATION,

        Defendant.
_____/

## DEFENDANT, TARGET CORPORATION'S, NOTICE OF REMOVAL

To:    The Judges of the United States District Court
        for the Middle District of Florida
        Orlando Division
        U.S. Courthouse
        401 West Central Boulevard
        Suite 1200
        Orlando, Florida 32801-0120

Pursuant to the provisions of 28 U.S.C.A. §§ 1332, 1441 and 1446, Defendant, TARGET CORPORATION, hereby removes to this Court the action filed against it in the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida, and as grounds for the removal of this action to the United States District Court for the Middle District of Florida, Orlando Division, this Defendant states as follows:

    1.    There is presently pending in the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida, the following styled action: DANIELLE BLANCO, individually and NOAH BLANCO, individually and as husband and wife, Plaintiff, vs.

TARGET CORPORATION, a foreign corporation, Defendant, bearing Case No.: 2020-CA-001200-11J-L.

2. That on or about May 19, 2020, the Plaintiffs, DANIELLE BLANCO, individually and NOAH BLANCO, individually and as husband and wife, filed a Complaint and demand for jury trial in the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida, a copy of which is attached hereto as **Exhibit 1**. Defendant, Target Corporation's, Answer to Plaintiff's Complaint, and Demand for Jury Trial is attached hereto as **Exhibit 2**. The Seminole County Clerk of Court's Docket for Case No. 2020-CA-001200-11J-L is attached hereto as **Exhibit 3**. All Other State Court Documents are attached hereto as **Composite Exhibit 4**. The Civil Cover Sheet is attached hereto as **Exhibit 5**. Said documents are attached to this Notice as required by U.S.C. §1446(a).

3. The Complaint was served on Target Corporation on May 27, 2020. This Removal is being effected within thirty (30) days after service of the Complaint. See 28 U.S.C. §1446(b). Defendant has not waived its right to remove.

4. That this Notice of Removal is founded upon diversity of citizenship jurisdiction pursuant to 28 U.S.C.A., Section 1332 and 28 U.S.C.A. Section 1441. The matter is between citizens of different states and the amount in controversy, excluding interest and costs, exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000).

5. That at all times material hereto, the Plaintiffs in the above-styled action are residents and citizen of the State of Florida residing in Seminole County, Florida. Target is a foreign corporation. For purposes of diversity, the single Defendant has its citizenship in states other than the State of Florida. The Defendant, Target Corporation, is incorporated in the State of Minnesota. The Defendant's, Target Corporation, principal place of business is 1000 Nicollet

Mall, Minneapolis, Minnesota 55403. There is complete diversity of citizenship between the Defendant and the Plaintiff.

6. This case is properly removable under 28 U.S.C. §1441(a) since the Court has subject matter jurisdiction under Section 1332(a)(1). The Complaint was served on Target Corporation on May 27, 2020. The amount in controversy in the Complaint is not specified, other than claiming "This is a cause of action for damages in excess of the sum Thirty Thousand Dollars ($30,000.00), exclusive of court costs and attorneys' fees.". The Plaintiffs' Complaint also states "As a direct, proximate and foreseeable result of the negligence of Defendant, TARGET, Plaintiff BLANCO, was injured in and about her body and extremities and claims the following items of damage:

   a. Past, present and future loss of earning and earning capacity;

   b. Past, present and future medical and related expenses;

   c. Past, present and future aggravation of pre-existing condition;

   d. Past, present and future physical and mental pain and suffering;

   c. Past, present and future shame, humiliation, scarring, disability, discomfort, disfigurement and the inability to lead a normal life.".

The Plaintiffs' Complaint also states that "The injuries suffered by Plaintiff, BLANCO, are permanent and continuing in their nature and Plaintiff has suffered in the past and will continue to suffer in the future.".

The Plaintiffs served the Defendant with an $800,000.00 Demand Letter dated April 13, 2020 (see **Exhibit 6** attached), which states as a result of the subject fall the Plaintiff incurred $186,977.01 in past medical bills, and underwent lumbar and knee surgeries. The bill from Advanced Orthopedics (surgeon's office) alone totals $92,947.00 (see **Exhibit 7** attached).

Accordingly, the damages sought by Plaintiffs are clearly in excess of the $75,000.00 jurisdictional requirement of this Court, and to the best of this Defendant's knowledge, the requisite jurisdictional amount, as provided by 28 U.S.C.A. Section 1441, et seq., and 28 U.S.C.A. 1332, has been met.

7. That venue properly rests with the Middle District of the United States District Court, Orlando Division because this action is being removed from the Circuit Court, Eighteenth Judicial Circuit, in and for Seminole County, Florida.

8. This Defendant has filed with the Clerk of Circuit Court, Eighteenth Judicial Circuit, in and for Seminole County, Florida, a true and correct copy of this Notice of Removal pursuant to 28 U.S.C.A. 1446(e). See **Exhibit 8** attached.

9. That the undersigned attorney is authorized by Defendant, Target Corporation, to file this Notice of Removal.

10. That the undersigned attorney is licensed in the State of Florida and is authorized to practice in the United States District Court, Middle District of Florida.

WHEREFORE, Defendant, Target Corporation, respectfully requests that this Court assume jurisdiction of this action pursuant to 28 U.S.C.A. §§1332 and 1441.

Dated this 17th day of June, 2020.

Respectfully submitted,

_____
**JAMES A. COLEMAN, ESQUIRE**
James A. Coleman, P.A.
Florida Bar No.: 0434711
612 East Colonial Drive, Suite 250
Orlando, Florida 32803
Telephone: (407) 219-5799
Facsimile: (407) 219-5788
Trial Counsel for Defendant,
Target Corporation

4

Emails:  jcoleman@rclawpa.com
rcunningham@rclawpa.com
dthompson@rclawpa.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2020, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send a notice of electronic filing to the following:  Ortavia D. Simon, Esquire, Simon Law Group P.A., 1009 Maitland Center Commons Blvd., #212, Maitland, FL 32751.

_/s/ J. Coleman_

**JAMES A. COLEMAN, ESQUIRE**
James A. Coleman, P.A.
Florida Bar No.: 0434711
612 East Colonial Drive, Suite 250
Orlando, Florida 32803
Telephone:  (407) 219-5799
Facsimile:  (407) 219-5788
Trial Counsel for Defendant,
Target Corporation
Emails:  jcoleman@rclawpa.com
rcunningham@rclawpa.com
dthompson@rclawpa.com